# United States District Court

## WESTERN DISTRICT OF WASHINGTON

A.J. BREDBERG, an individual

v.

SOIL SCIENCE SOCIETY OF AMERICA,
 a Wisconsin Corporation

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5724BHS

__   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **GRANTS** SSSA's motion to dismiss this action for lack of personal jurisdiction.

   January 25, 2011   
Date

   WILLILAM M. McCOOL   
Clerk

   *s/CM Gonzalez*   
Deputy Clerk